**Order filed October 24, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00419-CR
_____

**JASON LARA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCR-068729**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit 1 (CD – video surveillance from Walmart); State's exhibit 70-A (CD – redacted**

**version of statement by Antonio De La Cruz); and State's exhibit 71 (CD – cell phone video).**

The clerk of the 240th District Court is directed to deliver to the Clerk of this court the original of State's exhibit 1 (CD – video surveillance from Walmart); State's exhibit 70-A (CD – redacted version of statement by Antonio De La Cruz); and State's exhibit 71 (CD – cell phone video), on or before **November 2, 2018.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 1 (CD – video surveillance from Walmart); State's exhibit 70-A (CD – redacted version of statement by Antonio De La Cruz); and State's exhibit 71 (CD – cell phone video), to the clerk of the 240th District Court.

PER CURIAM